IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

|  |  |
|---|---|
| SAMUEL MASON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NETCOM TECHNOLOGIES, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 20-cv-3558-PWG<br><br>**Judge Grimm** |

## JOINT NOTICE OF PRELIMINARY SETTLEMENT

Plaintiff Samuel Mason ("Plaintiff") and Defendant Netcom Technologies, Inc. ("Defendant" or "Netcom") (collectively, Plaintiff and Defendant are referred to as the "Parties"), through their undersigned counsel, submit this Joint Notice of Settlement pursuant to the Court's August 1, 2022 Order and Local Rule 111 and state as follows:

1. The parties have amicably reached an agreement to settle this matter and are currently finalizing the settlement agreement. Pursuant to the terms of the Parties' written agreement, the Parties intend to file a Joint Stipulation of Dismissal with the Court on or before September 15, 2022.

2. Accordingly, the Parties request that the Court provide an additional 30 days to allow the parties to formalize and execute a settlement agreement and submit a Stipulation of Dismissal with Prejudice in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 111.

Jointly submitted this 15th day of August, 2022.

**ON BEHALF OF PLAINTIFF AND DEFENDANT**

| **Counsel for Plaintiff Samuel Mason** | **Counsel for Defendant Netcom Technologies, Inc.** |
|---|---|
| ___/s/James M. Ray, II_____ | _____/s/ Jeremy S. Schneider_____ |
| James M. Ray, II | Matthew Nieman |
| Andrew J. Toland III | Jeremy S. Schneider |
| RAY LEGAL GROUP, LLC | JACKSON LEWIS, P.C. |
| 8720 Georgia Avenue | 10701 Parkridge Blvd. |
| Suite 803 | Suite 300 |
| Silver Spring, MD  20910 | Reston, VA 20191 |
| Telephone: 301-755-5656 | Telephone: 703-483-8300 |
| Facsimile: 301-755-5627 | Facsimile: 703-483-8301 |
| jim.ray@raylegalgroup.com | Matthew.Nieman@jacksonlewis.com |
| Andy.toland@raylegalgroup.com | Jeremy.Schneider@jacksonlewis.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2022, a true and accurate copy of the foregoing was filed with the Clerk of the Court using the Court's Electronic Filing System and served on the following via CM/ECF:

>James M. Ray, II
>Andrew S. Toland, III
>RAY LEGAL GROUP, LLC
>8720 Georgia Avenue
>Suite 803
>Silver Spring, Maryland  20910
>Telephone: 301-755-5656
>Facsimile: 301-755-5627
>Jim.Ray@raylegalgroup.com
>Andy.Toland@raylegalgroup.com
>
>*Counsel for Plaintiff*

By:  /s/ *Jeremy S. Schneider*
      Jeremy S. Schneider

4891-5830-2766, v. 1